**2009–1541. In re Theisler.**
On petition for reinstatement. Petition granted. Charles Walter Theisler, Attorney Registration No. 0062582, last known address in Austintown, Ohio, reinstated to the practice of law.
O'DONNELL, J., dissents.

**2017–447. In re Magee.**
On application for retirement or resignation. Application denied.
O'DONNELL, J., dissents.

*June 13, 2017*

2017-Ohio-4208.]

**2017–0611. Ashtabula v. Jones.**
Ashtabula App. No. 2016–A–0053, 2017-Ohio-1103. Appellant's memorandum in support of jurisdiction fails to comply with S.Ct.Prac.R. 7.02(B), which requires that a memorandum "shall not exceed fifteen numbered pages, exclusive of the table of contents and the certificate of service." Sua sponte, pages 16 through 18 of the memorandum in support of jurisdiction are stricken.

**2017–0616. Portee v. Cleveland Clinic Found.**
Cuyahoga App. No. 104693, 2017-Ohio-1053. On motion for admission pro hac vice of Matthew Schiller. Motion granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days.